**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00178-CV

### IN RE CENTRAL NORTH CONSTRUCTION, LLC, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03754**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. The Court **ORDERS** the trial judge, the Honorable Ken Molberg, Judge of the 95th District Court, to **VACATE** his February 7th, 2014 order requiring that Central North disclose to real party the dollar amount of gross revenues received by Biodynamic Research Corporation (BRC) from insurance companies, their policy holders, manufacturers and their attorneys, separately for the years 2009 through 2013 and to disclose to real party for the same time period the dollar amount of gross revenues received by BRC from each insurance company, policy holder or their counsel involved in this case.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this**

**order**, a certified copy of its order issued in compliance with this order. We **ORDER** that relator

recover its costs of this original proceeding from real party in interest.

.

/s/     ADA BROWN
             JUSTICE